Woodmen of the World Life Insurance Society, Appellant, v. Arnold.

Argued November 18, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, WATKINS, and MONTGOMERY, JJ. (ERVIN, J., absent).

*Charles Wolfe Kalp,* for appellant.

*W. Roger Fetter,* with him *Fetter & Zearfoss,* for appellee.

OPINION PER CURIAM, December 14, 1960:

The decree of the court below dismissing the plaintiff's complaint in equity and directing the plaintiff to issue a fully paid up insurance certificate to the defendant in the amount of $4034, payable at the death of said defendant, is affirmed on the opinion of President Judge WILLIAM L. SHOWERS of the Court of Common Pleas of Union County, as reported in 22 Pa. D. & C. 2d 607. Appellant to pay costs.